**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MANUEL LUCERO, | ) | NO. ED CV 08-534-SJO(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| KATHY MENDOZA-POWERS, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: October 16 , 2008.

/S/ S. James Otero

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE